**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
**(Probation Form 49, Waiver of Hearing is Attached)**

Name of Offender:   Delvon Lavance Roberson                    Case Number: 1:17CR00168-01

Name of Sentencing Judicial Officer: The Honorable Janet T. Neff
U.S. District Judge

Name of Presiding Judicial Officer: The Honorable Jane M. Beckering
U.S. District Judge

Date of Original Sentence: December 14, 2017

Original Offense: Count 1:  Possession of Cocaine with Intent to Distribute;

21 U.S.C. § 841(a)(1), (b)(1)(C)

Count 3:  Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

18 U.S.C. § 924(c)(1)(A)(i)

Original Sentence: 12 months imprisonment as to Count 1 and 60 months imprisonment as to Count 3, to run consecutively; and 3 years supervised release on each of Counts 1 and 3, to run concurrently. Special Conditions: (1) substance abuse treatment/testing; (2) cognitive behavioral treatment; (3) no controlled substances or paraphernalia; (4) controlled substances only as prescribed, no marijuana or dispensaries; (5) participate in vocational services program; (6) no cellular phone use without permission; and (7) financial disclosure. Special Assessment, $200.00 (balance: $75.00). Fine, (waived).

Type of Supervision: Supervised Release          Date Supervision Re-Commenced: October 30, 2024
Expiration Date: October 29, 2026

**PETITIONING THE COURT**

To modify the conditions of supervised release by adding Special Condition 8:

8. You must reside at a Residential Re-Entry Center (RRC) as designated by the Bureau of Prisons (BOP) until October 28, 2026.  While at the RRC, you must abide by all rules and regulations of the program and may receive work release at the direction of the probation officer.

Delvon Lavance Roberson
1:17CR00168-01

## CAUSE

On or about May 18, 2026, Jessica Covell the ex-girlfriend of Mr. Roberson contacted this officer and requested Mr. Roberson leave the shared apartment, due to disagreements and ongoing cheating.

On June 4, 2026, Mr. Roberson contacted the U.S. Probation Office, Kalamazoo, Michigan to report his unemployment status.  He admitted he quit his job at Checkers, Kalamazoo, because he felt disrespected by a new manager and thought it would be in his best interest to leave the job. He was instructed to report to the U.S. Probation Office, Kalamazoo.

On June 8, 2026, Mr. Roberson reported to the U.S. Probation Office, Kalamazoo to discuss his unemployment and concerns regarding instability with his housing. He admitted he and his ex-partner are no longer in a relationship and there is tension in the home, but she is supportive of him discharging from supervised release. He stated he has no other options for housing and would be homeless. He admitted placement at a Residential Re-Entry facility may be beneficial to his supervision and could help him regain community stability and obtain employment.

It is noted that Mr. Roberson has not followed RRC rules in the past; however, he reports he is committed to a crime-free lifestyle and wants to discharge from supervised release successfully. He stated he will follow the rules at the facility if given another opportunity to reside there.

It is respectfully recommended that Mr. Roberson's conditions of supervised release be modified to add Special Condition 8 for him to reside at a RRC until October 28, 2026.  It should be noted that the Court was notified on April 14, 2026, of a domestic disturbance with his ex-girlfriend that resulted in charges for domestic violence that were later dismissed. Mr. Roberson terminated employment without approval and has unstable housing.  Placement at the RRC will provide housing stability for Mr. Roberson and offer him motivation to obtain employment.

## Previous Violations

- **May 24, 2023:** Modification of supervised release, based on Mr. Roberson consuming alcohol to excess and new law violation for domestic assault.  The Court added Special Condition Numbers (8), no alcohol or bars, and (9) 45 days alcohol monitoring with Soberlink.

- **May 31, 2023:** Report on Offender: Mr. Roberson used/possessed marijuana. Mr. Roberson was given a verbal warning and required to continue substance abuse treatment. Your Honor agreed with the recommendation for no Court action.

- **June 26, 2023:** Report on Offender: Mr. Roberson used/possessed alcohol. Mr. Roberson was verbally reprimanded, required to continue substance abuse treatment, and Soberlink alcohol testing. Your Honor agreed with recommendation for no Court action.

- **July 12, 2023:** Modification of supervised release, based on Mr. Roberson's alcohol consumption and failure to follow the Soberlink rules by missing tests. The Court amended Special Condition (9), to 75 days alcohol monitoring with Soberlink.

- **August 7, 2023:** Modification of supervised release, based on Mr. Roberson's alcohol consumption and failure to follow the Soberlink rules. The Court added Special Condition (10), six months at a RRC.

- **August 14, 2023:** Report on Offender: Mr. Roberson used/possessed marijuana. Mr. Roberson was given a verbal warning and required to continue substance abuse treatment, while pending placement at the RRC. Your Honor agreed with recommendation for no Court action.

- **September 14, 2023:** Report on Offender: Mr. Roberson violated RRC rules by using/possessing alcohol and being out of place. He was given a verbal warning and continued at the RRC. Your Honor agreed with recommendation for no Court action.

- **January 17, 2024:** Report on Offender: Request Special Condition Number (10) be suspended to give Mr. Roberson the opportunity to complete residential treatment. Your Honor agreed with the recommendation.

- **April 17, 2024:** Report on Offender: Request Special Condition Number (10) be activated to allow Mr. Roberson the opportunity to gain employment and housing. Your Honor agreed with the recommendation.

- **May 23, 2024:** Modification of supervised release, based on Mr. Roberson's homeless and unemployed status. The Court modified Special Condition Number (10) 10 months placement at an RRC.

- **June 27, 2024:** Revocation of supervised release due to Mr. Roberson failing to follow the rules at the RRC, unlawful drug use. The Court ordered five (5) months imprisonment and two (2) years supervised release with the following Special Conditions: (1) six (6) months at an RRC; (2) submit to a search; (3) probation officer may conduct search with reasonable suspicion; (4) no alcohol or bars; (5) community service if unemployed; (6) no controlled substances without prescription, no marijuana or any marijuana derivative, do not enter marijuana dispensary; and (7) substance abuse testing/treatment.

- **December 20, 2024:** Report on Offender: Mr. Roberson failed to follow RRC rules and used illegal drugs without a prescription. Your Honor agreed with the recommendation for no Court action.

- **June 26, 2025:** Report on Offender: Mr. Roberson consumed alcohol. Your Honor agreed with the recommendation for no Court action.

- **April 14, 2026:** Report on Offender: Mr. Roberson was involved in a domestic dispute with his girlfriend and a neighbor.  On April 2, 2026, Mr. Roberson was charged with Domestic Violence-2nd Offense in 8th District Court, Kalamazoo, under Case Number 2026-26-31884-SM. On May 20, 2026, the case was dismissed, and the no contact order was lifted.

Delvon Lavance Roberson
1:17CR00168-01


**U.S. Probation Officer Action:**

Mr. Roberson agreed to the proposed modification and executed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release, which is attached for the Court's review.


Approved,                                          Respectfully submitted,

by  /s/ Krista K. Garcia                    by  /s/ Natcole S. West
    Krista K. Garcia                             Natcole S. West
    Supervisory U.S. Probation Officer           Supervisory U.S. Probation Officer
    Date: June 16, 2026                          Date: June 16, 2026


THE COURT ORDERS:

☐    No Action
☒    The Modification of Conditions as Noted Above
☐    Other


/s/ Jane M. Beckering
The Honorable Jane M. Beckering
U.S. District Judge

June 17, 2026
Date

4

PROB 49
(3/89)

# United States District Court

### Western District of Michigan

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

Delvon Lavance Roberson

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of

supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Supervision type or to the proposed extension of my term of supervision:

To modify the conditions of supervised release by adding Special Condition Number 8:

8. You must reside at a Residential Re-Entry Center (RRC) as designated by the Bureau of Prisons (BOP) until October 28, 2026.  While at the RRC, you must abide by all rules and regulations of the program and may receive work release at the direction of the probation officer.

Witness _____
(U.S. Probation Officer)

Signed _____
Delvon Lavance Roberson

_____6/8/2026_____
(Date)